# NO. 12-23-00175-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *JAMES CONAN REEVES, APPELLANT* | § | *APPEAL FROM THE 7TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS, APPELLEE* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

James Conan Reeves appeals his convictions for possession of between four and two hundred fifty grams of methamphetamine. Appellant's counsel filed a brief in compliance with *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967) and *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). We affirm.

## BACKGROUND

Appellant was charged with possession of between four and two hundred fifty grams of methamphetamine. The indictment further alleged that Appellant previously was convicted of manufacture or delivery of a controlled substance. Appellant pleaded "not guilty," and the matter proceeded to a jury trial.

The evidence at trial indicated that, on February 25, 2020, Smith County Sheriff's Narcotics Investigator Braylon Barnes stopped a vehicle for failure to display a front license plate. Appellant, the driver and owner of the vehicle, acted nervously after the stop. Barnes also noted that he was very sweaty and had sores on the upper part of his arm near the elbow, which Barnes stated could be indicative of narcotics use. Barnes discovered Appellant had an outstanding warrant and placed him under arrest. When Barnes performed a pat-down search of

Appellant, he discovered a modified straw, which contained methamphetamine residue, in Appellant's pocket.

Thereafter, Smith County Sheriff's Deputy Corey Cameron led his K-9 dog around the vehicle to perform an "open air" search. The dog alerted to Appellant's vehicle, indicating its detection of the odor of illegal narcotics. During the ensuing search of the vehicle, Cameron discovered a plastic, unlabeled bottle in a backpack which contained a liquid later identified as methamphetamine. He also found scales, small baggies, spoons, syringes, and straws in the backpack, which he stated likely was used in the ingestion of illegal narcotics such as methamphetamine, heroin, or cocaine. He also found pipes with methamphetamine residue on them.

Texas Department of Public Safety Crime Laboratory Forensic Scientist Lauren Perry testified that she received and tested a plastic bottle containing clear liquid recovered from Appellant's vehicle. Her test results indicated the clear liquid in the bottle contained 96.98 grams of methamphetamine.

After the close of evidence and argument of counsel, the jury found Appellant "guilty" as charged. The matter proceeded to a trial on punishment, at which Appellant pleaded "true" to the enhancement allegation. Ultimately, the jury found the enhancement allegation to be "true" and assessed Appellant's punishment at imprisonment for sixty years. The trial court sentenced Appellant accordingly, and this appeal followed.

### ANALYSIS PURSUANT TO *ANDERS V. CALIFORNIA*

Appellant's counsel filed a brief in compliance with *Anders v. California* and *Gainous v. State*. Appellant's counsel states that he diligently reviewed the appellate record and is of the opinion that the record reflects no reversible error and that there is no error upon which an appeal can be predicated. He further relates that he is well-acquainted with the facts in this case. In compliance with *Anders*, *Gainous*, and *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. [Panel Op.] 1978), Appellant's brief presents a chronological summation of the procedural history of the case and further states that Appellant's counsel is unable to raise any arguable issues for appeal.[1] We likewise have reviewed the record for reversible error and found none.

---

[1] In compliance with *Kelly v. State*, Appellant's counsel provided Appellant with a copy of the brief, notified Appellant of his motion to withdraw as counsel, informed Appellant of his right to file a pro se response,

As required by ***Stafford v. State***, 813 S.W.2d 503 (Tex. Crim. App. 1991), Appellant's counsel moved for leave to withdraw. *See also **In re Schulman***, 252 S.W.3d 403, 407 (Tex. Crim. App. 2008) (orig. proceeding). We carried the motion for consideration with the merits. Having done so and finding no reversible error, we ***grant*** Appellant's counsel's motion for leave to withdraw and ***affirm*** the trial court's judgment.

As a result of our disposition of this case, Appellant's counsel has a duty to, within five days of the date of this opinion, send a copy of the opinion and judgment to Appellant and advise him of his right to file a petition for discretionary review. *See* TEX. R. APP. P. 48.4; ***In re Schulman***, 252 S.W.3d at 411 n.35. Should Appellant wish to seek review of this case by the Texas Court of Criminal Appeals, he must either retain an attorney to file a petition for discretionary review on his behalf or he must file a petition for discretionary review pro se. Any petition for discretionary review must be filed within thirty days from either the date of this opinion or the date that the last timely motion for rehearing was overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed with the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.3(a). Any petition for discretionary review should comply with the requirements of Texas Rule of Appellate Procedure 68.4. *See **In re Schulman***, 252 S.W.3d at 408 n.22.

Opinion delivered December 14, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)

---

and took concrete measures to facilitate Appellant's review of the appellate record. *See **Kelly v. State***, 436 S.W.3d 313, 319 (Tex. Crim. App. 2014). Appellant was given time to file his own brief. The time for filing such a brief has expired and no pro se brief has been filed.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**DECEMBER 14, 2023**

**NO. 12-23-00175-CR**

**JAMES CONAN REEVES,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 7th District Court
of Smith County, Texas (Tr.Ct.No. 007-1908-20)

THIS CAUSE came to be heard on the appellate record and briefs filed herein, and the same being considered, it is the opinion of this court that there was no error in the judgment.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment of the court below is **affirmed**, and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*